JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAMAR MYERS, | ) | Case No. CV 21-8113 FMO (GJSx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| ROBERT G. GARCIA, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 14th day of January, 2022.

/s/
Fernando M. Olguin
United States District Judge